AE

FILED

NOV 2 2007 U/m

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE NOLAN

JUDGE ANDERSEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07CR 725 |
| v. | ) | Violations: Title 18, United States |
| LAMAR GARRETT | ) | Code, Sections 1344 and 2 |

## COUNT ONE

The UNITED STATES ATTORNEY charges:

1. At times material to this information, E*Trade Bank and the State Bank of Countryside were financial institutions with deposits insured by the Federal Deposit Insurance Corporation.

2. Beginning in or about August 2003, and continuing through in or about February 2004, in the Northern District of Illinois, Eastern Division, and elsewhere,

LAMAR GARRETT,

defendant herein, knowingly devised and participated in a scheme to defraud E*Trade Bank and the State Bank of Countryside (collectively, "the banks") and to obtain money and funds owned by and under the custody and control of the banks, by means of materially false and fraudulent pretenses, representations, promises, and material omissions.

3. It was part of the scheme that defendant GARRETT obtained false identification documents, including but not limited to an Illinois State Identification Card in the name of KA.

4. It was further part of the scheme that defendant GARRETT used the false identification documents to open checking accounts at E*Trade Bank in the names of others,

including but not limited to KA.

5. It was further part of the scheme that defendant GARRETT obtained ATM cards to make withdrawals on the accounts he had opened at E*Trade Bank.

6. It was further part of the scheme that defendant GARRETT created counterfeit checks on his home computer that purported to be drawn on other accounts in the names GARRETT used to open the checking accounts at E*Trade Bank.

7. It was further part of the scheme that defendant GARRETT deposited into the accounts he opened at E*Trade Bank these counterfeit checks, as well as three checks purportedly drawn on an account at the State Bank of Countryside.

8. It was further part of the scheme that defendant GARRETT, by his fraudulent withdrawals of funds from the accounts he had opened at E*Trade Bank, caused a loss of approximately $51,000 to E*Trade Bank and an additional loss of approximately $34,238 to the State Bank of Countryside.

9. On or about January 29, 2004, at Calumet City, in the Northern District of Illinois, Eastern Division, and elsewhere,

LAMAR GARRETT,

defendant herein, for the purpose of executing the above-described scheme and attempting to do so, did make five withdrawals of $500, $20, $480, $300, and $500, for a total of $1,800, using a Visa/ATM card issued by E*Trade Bank, from an account at E*Trade Bank opened by GARRETT in the name of KA;

In violation of Title 18, United States Code, Sections 1344 and 2.


_Patrick J. Fitzgerald, by [illegible]_
UNITED STATES ATTORNEY