Case 1:07-cr-00725 Document 2 Filed 11/02/2007 Page 1 of 1

FILED

NOV 2 2007 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CR 725 Felony   AE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE ANDERSEN

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE NOLAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO **X**  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO **X**  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?     NO **X**   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO **X**   YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO **X**   YES ☐

6) What level of offense is this indictment or information?    FELONY **X**   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**    NO **X**   YES ☐

8) Does this indictment or information include a conspiracy count?    NO **X**   YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances ... (III) |
| ☐ Criminal Antitrust ....... (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses ... (IV) |
| ☐ Bank robbery .......... (II) | **X** Other Fraud ............ (III) | ☐ Immigration Laws ........... (IV) |
| ☐ Post Office Robbery ..... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault .............. (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary ............. (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

18 USC   1344 and 2

JULIET SORENSEN
Assistant United States Attorney

(Revised 12/99)