# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 725 - 1 | **DATE** | 11/14/07 |
| **CASE TITLE** | USA vs. Lamar Garret | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings stricken.  Guilty plea hearing before Judge Andersen is set for 12/06/07 at 10:00a.m.
Enter excludable time from 11/14/07 to 12/06/07.  (X-E)

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|