## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 7 CR 725 | **DATE** | 12/20/2007 |
| **CASE TITLE** | United States of America vs. Lamar Garrett | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant filed a waiver of indictment. Defendant enters a plea of guilty as to count one (1). Court enters judgment on the plea. Order cause referred to the probation office for presentence investigation. Sentencing set for 3/20/2008 @ 10:30 am.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | TSA |
|---|---|---|