

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 20 2007

WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

In the Matter of

United States v. Lamar Gouett

Case Number: 07 CR 725   DEC 20 2007

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Lamar Gouett

**(A)**
SIGNATURE: [signed] Kaaren M. Plant
NAME: KAAREN M. PLANT
FIRM:
STREET ADDRESS: 53 W. Jackson Blvd. Suite 703
CITY/STATE/ZIP: Chicago, IL 60604
TELEPHONE NUMBER: 312-235-0365
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR? YES [X] NO [ ]
TRIAL ATTORNEY? YES [X] NO [ ]

**(B)**
(blank)

**(C)**
(blank)

**(D)**
(blank)

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE