

AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

**FILED**
DEC 20, 2007
DEC 2 0 2007

WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

NUMBER: 07 CR 725

I, _Lamar Garrett_____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Dec. 20, 2007_____ prosecution by indictment and consent that the
                          Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Wayne R. Andersen_____
          Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.