UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07 CR 725 |
| | ) | |
| v. | ) | Hon. Wayne R. Anderson |
| | ) | Judge Presiding |
| LAMAR GARRETT | ) | |

FILED
June 17, 2008
WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

### EMERGENCY MOTION TO EXTEND SURRENDER DATE

NOW COMES THE DEFENDANT LAMAR GARRETT, by and through his attorney Kaaren M. Plant and requests this Honorable Court to extend his surrender date until June 22, 2008. In support of his Motion he states as follows:

1. That on April 17, 2008 this Honorable Court sentenced the Defendant to Twelve Months and One Day custody with a surrender date at the designated institution of June 16, 2008.

2. That the Defendant was designated to the facility at Oxford, Wisconsin.

3. That the Defendant attempted to find someone to drive him to Wisconsin on June 16, 2008 but was unable to find anyone. That there is no real public transportation to the facility other than a Greyhound Bus to the Wisconsin Dells and then a $75.00 cab ride to Oxford which the Defendant cannot afford.

4. That the Defendant's sister is able and willing to drive him to the facility at Oxford on June 22, 2008.

5. That Defendant's counsel has spoken to staff at Oxford and learned that he can surrender to the facility on a Sunday and also advised, however, that because of the recent flooding, the trip from Chicago will take longer than normal as some of the roads are still closed.

6. That the Defendant's counsel has conferred with AUSA Juliet Sorensen regarding this matter who has stated that the government will take no position regarding this motion.

WHEREFORE, the Defendant LAMAR GARRETT respectfully requests that this Honorable Court extend his surrender date until June 22, 2008 before 5:00 p.m.

Respectfully submitted

Kaaren M. Plant

CERTIFICATE OF SERVICE

Kaaren M. Plant, hereby certifies that the following document:

EMERGENCY MOTION TO EXTEND SURRENDER DATE

was served on June 17, 2008 to the following by personal delivery.

AUSA Juliet Sorensen
219 S. Dearborn Street- 5th floor
Chicago, IL 60604

Kaaren M. Plant

Kaaren M. Plant
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 235-0360