## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 CR 725 | **DATE** | 6/17/2008 |
| **CASE TITLE** | United States of America vs. Lamar Garrett | | |

**DOCKET ENTRY TEXT**

Defendant's emergency motion to extend surrender date of 6/16/2008 is granted. The defendant shall report to the institution designated by the Bureau of Prisons before 5:00 p.m. on June 22, 2008.

Docketing to mail notices.

FILED
2008 JUN 18 AM 7:39
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | TSA |
|---|---|---|